IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 00-cr-135-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON M. HOGAN,

    Defendant.

_____

**MINUTE ORDER**
_____

The following Minute Order is entered by Judge Walker D. Miller:

Defendant's Motion to Amend Restitution Description on Judgment in a Criminal Case filed December 12, 2006, is denied for lack of jurisdiction.

Dated: December 15, 2006

                                                  s/Jane Trexler, Secretary/Deputy Clerk